IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID LARRY NELSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:03cv1008-MHT |
| RICHARD F. ALLEN and | ) | (WO) |
| GRANTT CULLIVER, | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Based on the representations made on the record on March 23, 2010, it is ORDERED as follows:

(1) Counsel for plaintiff's motions for extension of time (doc. nos. 182 & 183) are granted to the extent that counsel for plaintiff are allowed until June 3, 2010, to file a motion for substitution.

(2) In the meantime, this lawsuit is dismissed with leave to counsel for plaintiff, by no later than June 3, 2010, to file a motion to reinstate

this case should counsel for plaintiff find someone they believe can be substituted for plaintiff in this case.

(3) Counsel for plaintiff are allowed until June 17, 2010, to file a request for attorneys fees and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 25th day of March, 2010.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE